```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    3030 Bridgeway, Suite 231
 3  Sausalito, CA 94965
    Telephone:  (415) 729-9006
 4  Facsimile:  (415) 729-9023

 5  Attorneys for Plaintiffs

 6

 7

 8                 UNITED STATES DISTRICT COURT

 9               NORTHERN DISTRICT OF CALIFORNIA

10

11  BOARDS OF TRUSTEES OF THE SHEET   )   NO.  C 12 3812 NC
    METAL WORKERS, et al.,            )
12                                    )   STIPULATION TO CONTINUE
                                      )   CASE MANAGEMENT
                     Plaintiffs,      )   CONFERENCE; ORDER
13                                    )
             vs.                      )
14                                    )
    PRIME MECHANICAL SERVICE, etc.,   )
15                                    )
                     Defendant.       )
16  _____    )

17       The Case Management Conference was rescheduled for January
18  16, 2013.  Plaintiffs' counsel will be out of the country at that
19  time.
20  ////
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////
```

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER                1

1  IT IS HEREBY STIPULATED that the Case Management Conference
2  date be continued to January 23, 2013 at 10:00 a.m. in Courtroom A,
3  15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

4  DATED: October 23, 2012    ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION

6                              By: _____
                                  Michael J. Carroll
7                                 Attorneys for Plaintiffs

8  DATED: October 23, 2012    DC LAW

10                             By: _____
                                  Dawna J. Cilluffo
11                                Attorneys for Defendant

13                    O R D E R

14  IT IS SO ORDERED.

15  DATED: October 23, 2012    _____
16                             Magistrate Judge Nathanael Cousins

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER          2