```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PRIME MECHANICAL SERVICE, etc., <br><br> Defendant. | NO.  C 12 3812 NC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER |

The Case Management Conference was rescheduled for January 16, 2013. Plaintiffs' counsel will be out of the country at that time.

////
////
////
////
////
////
////
////
////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER                1

1  IT IS HEREBY STIPULATED that the Case Management Conference
2  date be continued to January 23, 2013 at 10:00 a.m. in Courtroom A,
3  15th Floor, 450 Golden Gate Avenue, San Francisco, CA.
4  DATED: October 23, 2012          ERSKINE & TULLEY
                                    A PROFESSIONAL CORPORATION
5
6                                   By: _____
                                        Michael J. Carroll
7                                       Attorneys for Plaintiffs
8
   DATED: October 23, 2012          DC LAW
9
10                                  By: _____
                                        Dawna J. Cilluffo
11                                      Attorneys for Defendant
12
13                          O R D E R
14  IT IS SO ORDERED.
15
    DATED:  October 23, 2012        _____
16                                  Magistrate Judge Nathanael Cousins
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER                    2