UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al.

Plaintiffs,

v.

PRIME MECHANICAL SERVICE, INC.,

Defendant.

No. C 12-3812 NC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:        not yet scheduled
Evaluator:   Michael Sobel

IT IS HEREBY ORDERED that the request to allow plaintiff trustee Mark Van Den Heuvel to appear on behalf of all plaintiffs at the as yet unscheduled mediation before Michael Sobel is GRANTED.

IT IS SO ORDERED.

November 19, 2012          By:    /s/ Elizabeth D. Laporte
Dated                                    Elizabeth D. Laporte
                                         United States Magistrate Judge