UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al.<br><br>Plaintiffs,<br><br>v.<br>PRIME MECHANICAL SERVICE, INC.,<br><br>Defendant. | No. C 12-3812 NC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:         not yet scheduled<br>Evaluator:   Michael Sobel |

IT IS HEREBY ORDERED that the request to allow plaintiff trustee Mark Van Den Heuvel to appear on behalf of all plaintiffs at the as yet unscheduled mediation before Michael Sobel is GRANTED.

IT IS SO ORDERED.

November 19, 2012          By:       /s/ Elizabeth D. Laporte
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge