MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., Plaintiffs, vs. PRIME MECHANICAL SERVICE, etc., Defendant. | NO. C 12 3812 NC<br>SUBSTITUTION OF ATTORNEYS AND ORDER |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following substitution of attorneys:

Former Attorneys:
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: 3/21, 2013

ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

MICHAEL J. CARROLL
Former Attorneys for Plaintiffs
Boards of Trustees, et al.

Dated: 4/25, 2013

SALTZMAN & JOHNSON LAW CORPORATION

MURIEL B. KAPLAN
New Attorneys for Plaintiffs
Boards of Trustees, et al.

The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above substitution.

Dated: 3/21, 2013

BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al.

Bruce Word, Trustee

IT IS SO ORDERED.

Dated: april 29, 2013

Magistrate Judge Nathanael Cousins
United States District Court

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **April 29, 2013**, I served the following document(s):

**SUBSTITUTION OF ATTORNEYS**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

Prime Mechanical Service, etc.,
c/o Dawna Cilluffo, Esq. and Chelsea Dunton, Esq.
Dawna J. Cilluffo, a Professional Corporation

2005 De La Cruz Boulevard, Suite 215
Santa Clara, CA 95050

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 29, 2013**, at San Francisco, California.

Alicia Rutkowski
Paralegal