1  MURIEL B. KAPLAN (St. Bar #124607)
   MICHELE R. STAFFORD (St. Bar #172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA  94104
   Tel: (415) 882-7900
4  Fax: (415) 882-9287
   Email mkaplan@sjlawcorp.com
5        mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )   NO. C 12 3812 NC
   METAL WORKERS, et al.,             )
12                                    )   SUBSTITUTION OF
                       Plaintiffs,    )   ATTORNEYS
13                                    )
            vs.                       )   AND ORDER
14                                    )
   PRIME MECHANICAL SERVICE, etc.,    )
15                                    )
                       Defendant.     )
16 _____)

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARDS OF TRUSTEES OF THE SHEET METAL

19 WORKERS LOCAL 104 HEALTH CARE TRUST, SHEET METAL WORKERS PENSION TRUST

20 OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION,

21 HOLIDAY SAVINGS PLAN; BRUCE WORD, TRUSTEE, hereby make the following

22 substitution of attorneys:

23 Former Attorneys:
   ERSKINE & TULLEY
24 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
25 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
26

27 should be removed and, consequently, should no longer receive

28 notice of e-Filings.

   SUBSTITUTION OF ATTORNEY                                         1

Plaintiffs' new co-counsel of record will be:

MURIEL B. KAPLAN (St. Bar #124607)
MICHELE R. STAFFORD (St. Bar #172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Fax: (415) 882-9287
Email mkaplan@sjlawcorp.com
      mstafford@sjlawcorp.com

The following attorneys consent to this substitution:

Dated: 3/21, 2013        ERSKINE & TULLEY
                         A PROFESSIONAL CORPORATION

                         _____
                         MICHAEL J. CARROLL
                         Former Attorneys for Plaintiffs
                         Boards of Trustees, et al.

Dated: 4/25, 2013        SALTZMAN & JOHNSON LAW CORPORATION

                         _____
                         MURIEL B. KAPLAN
                         New Attorneys for Plaintiffs
                         Boards of Trustees, et al.

The Plaintiffs Boards of Trustees of the Sheet Metal Workers, et al. hereby consent to the above substitution.

Dated: 3/21, 2013        BOARDS OF TRUSTEES OF THE SHEET METAL
                         WORKERS, et al.

                         _____
                         Bruce Word, Trustee

IT IS SO ORDERED.

Dated: april 29, 2013    _____
                         Magistrate Judge Nathanael Cousins
                         United States District Court

SUBSTITUTION OF ATTORNEY                                   2

## PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. On **April 29, 2013**, I served the following document(s):

**SUBSTITUTION OF ATTORNEYS**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and First Class mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelopes were addressed and mailed as follows:

Prime Mechanical Service, etc.,
c/o Dawna Cilluffo, Esq. and Chelsea Dunton, Esq.
Dawna J. Cilluffo, a Professional Corporation

2005 De La Cruz Boulevard, Suite 215
Santa Clara, CA 95050

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **April 29, 2013**, at San Francisco, California.

_____
Alicia Rutkowski
Paralegal